UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

United States of America,                    )     Case No. CR 18-00022 CRB
                                             )
              *Plaintiff,*                   )     STIPULATED ORDER EXCLUDING TIME
         v.                                  )     UNDER THE SPEEDY TRIAL ACT
                                             )
  Guadalupe Zepeda                           )
              *Defendant.*                   )

For the reasons stated by the parties on the record on  January 18 , 2018, the Court excludes time under the
Speedy Trial Act from  January 18 , 2018 to  March 2 , 2018 and finds that the ends of justice served
by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. §
3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

____    Failure to grant a continuance would be likely to result in a miscarriage of justice.
        *See* 18 U.S.C. § 3161(h)(7)(B)(i).

____    The case is so unusual or so complex, due to *[check applicable reasons]* ____ the number of
        defendants, _____ the nature of the prosecution, or _____ the existence of novel questions of fact
        or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial
        itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

____    Failure to grant a continuance would deny the defendant reasonable time to obtain counsel,
        taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

____    Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given
        counsel's other scheduled case commitments, taking into account the exercise of due diligence.
        *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

__X__   Failure to grant a continuance would unreasonably deny the defendant the reasonable time
        necessary for effective preparation, taking into account the exercise of due diligence.
        *See* 18 U.S.C. § 3161(h)(7)(B)(iv).


**IT IS SO ORDERED.**

DATED: 1-18-18

                                        _____
                                        JACQUELINE SCOTT CORLEY
                                        United States Magistrate Judge


STIPULATED:  _____        _____
             Attorney for Defendant          Assistant United States Attorney